AO 440 (Rev. 12/09) Summons in a Civil Action



UNITED STATES DISTRICT COURT
for the
Northern District of Texas

George L Thomas )
_Plaintiff_ )
v. ) Civil Action No. 1:20-cv-00251-H-BU
)
Consumer Cellular Inc )
_Defendant_ )

**Summons in a Civil Action**

**TO:** Consumer Cellular Inc
C/O Corporation Service Company
D/B/A CSC-Lawyers Incorporating Service Company
211 E. 7th Street Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Mohammed Badwan
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 12/02/2020

_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS ABILENE DIVISION

| | | |
|---|---|---|
| GEORGE L. THOMAS | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. 1:20-cv-00251 |
| | § | |
| CONSUMER CELLULAR, INC. | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on Dec 10, 2020, 12:00 pm,

SUMMONS, CLASS ACTION COMPLAINT,

and was executed at 211 E 7th St Suite 620 , Austin, TX 78701 within the county of Travis at 01:58 PM on Fri, Dec 11 2020, by delivering a true copy to the within named

CONSUMER CELLULAR INC. BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY ACCEPTED BY AUTHORIZED AGENT SAMANTHA GUERRA

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is Corin Johnson, my date of birth is 2/5/1983, and my address is 500 E. 4th St. #143, Austin, TX 78701, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of TX, on December 12, 2020.

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022