UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| GEORGE L. THOMAS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMER CELLULAR, INC.,<br><br>    Defendant. | Case No. 1:20-cv-00251-H |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that GEORGE L. THOMAS ("Plaintiff") and CONSUMER CELLULAR, INC. ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

| | |
|---|---|
| DATED: May 28, 2021 | Respectfully submitted,<br><br>GEORGE L. THOMAS<br><br>By: */s/ Mohammed O. Badwan*<br><br>Mohammed O. Badwan<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8180<br>mbadwan@sulaimanlaw.com |

1