UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| GEORGE L. THOMAS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMER CELLULAR, INC.,<br><br>    Defendant. | No. 1:20-CV-251-H |

### ADMINISTRATIVE CLOSURE ORDER

George L. Thomas has advised the Court that the parties have settled this case. *See* Dkt. No. 14. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on June 3, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE